**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6034**

_____

UNITED STATES OF AMERICA,

              Plaintiff — Appellee,

         v.

JASON WAYNE JONES,

              Defendant — Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge. (1:09-cr-00470-LMB-1)

_____

Submitted: June 15, 2011              Decided:  June 27, 2011

_____

Before NIEMEYER, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jason Wayne Jones, Appellant Pro Se.  Tracy Doherty McCormick, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Wayne Jones appeals the district court's order denying his 18 U.S.C. § 3585(b) (2006) motion seeking credit against his criminal sentence for time spent on home detention. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jones, No. 1:09-cr-00470-LMB-1 (E.D. Va. Dec. 8, 2010). We deny the motion to seal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED